## SELDERS *v.* DICKEY *et al.*

GILBERT, J. The exception is to a judgment granting a nonsuit. The evidence is insufficient to authorize a recovery against the defendant Dickey. No error. *Judgment affirmed. All the Justices concur.*

No. 8249. MAY 14, 1931.

*J. M. Lang,* for plaintiff. *H. L. Barnett,* for defendants.